**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant,
MIGUEL ANGEL RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MIGUEL ANGEL RODRIGUEZ,<br><br>            Defendant. | CASE NO.  1:12-cr-00310-DAD-BAM-2<br><br>**REQUEST TO EXONERATE PROPERTY BOND; ORDER THEREON** |

     Defendant, Miguel Angel Rodriguez, by and through his counsel of record, Carol Ann Moses, hereby requests that the following property posted as collateral in the above referenced matter be exonerated and the Deed of Trust returned.

     Owner of Record:      Vidal Rodriguez

     Deed Number:           2012-0066579 – filed October 16, 2012, APN #032-131-010, bond amount $80,000.

///
///
///
///
///
///
///

REQUEST TO EXONERATE
PROPERTY BOND

1

This request is based on the fact that Defendant, MIGUEL RODRIGUEZ, was sentenced to 36 months of probation by United States District Judge Dale A. Drozd on January 4, 2017.

Respectfully submitted,

DATED: January 4, 2017

/s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
MIGUEL ANGEL RODRIGUEZ

ORDER

It is hereby ORDERED that the property bond posted by Vidal Rodriguez in the above entitled matter be exonerated and reconveyed to Vidal Rodriguez.

IT IS SO ORDERED.

Dated: **January 4, 2017**

UNITED STATES DISTRICT JUDGE